176 A.3d 210

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. PIERRE A. DENEUS, A/K/A HARRY JEAN-
PIERRE, DEFENDANT-PETITIONER.

C–377 September Term 2017
079676

November 30, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–003133–15 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.